IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:02-CR-41-1H

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>)<br>)<br>)<br>) |
| v. | )<br>) **ORDER** |
| WILLIAM RAY THAGGARD | )<br>)<br>) |
| Defendant. | )<br>) |

This matter is before the court on defendant's motion entitled "Motion for Recommendation of Statement of Reasons Rule 36 Fed. R. Crim. P." In the motion, defendant appears to ask the court to modify the presentence report and/or the Statement of Reasons in his case. Finding no reason to alter or amend, the motion is DENIED.

This 29th day of September 2014.

Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#26