IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:02-CR-41-1H

UNITED STATES OF AMERICA,          )
                                   )
                                   )
     v.                            )
                                   )          **ORDER**
WILLIAM A. THAGGARD,               )
                                   )
          Defendant.               )
                                   )

This matter is before the court on defendant's motion for early termination of supervised release [DE #64]. Finding an insufficient basis for early termination of supervised release at this time, defendant's motion is DENIED.

This the 5th day of February 2018.

MALCOLM J. HOWARD
Senior United States District Judge

At Greenville, NC
#26